**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al,  §<br>  Plaintiffs,  § <br>  § Case No. 2:16-cv-00642-JRG<br>v.  §  LEAD CASE<br>  §<br>SAMSUNG ELECTRONICS AMERICA, INC.,  §<br>TANGOME, INC. d/b/a TANGO,  § Case No. 2:16-cv-00733-JRG<br>  Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE OF**
**ALL CLAIMS BY UNILOC AGAINST TANGOME, INC. d/b/a TANGO**

Before the Court is the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against TangoMe, Inc. d/b/a Tango (Dkt. No. 178), filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. (collectively, "Uniloc"), and Defendant TangoMe, Inc. d/b/a Tango ("Tango").  Having considered the Stipulation, the Court finds that the case should be **DISMISSED** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, it is **ORDERED** that:

1. Any and all claims by Uniloc against Tango are dismissed with prejudice.

2. Uniloc and Tango shall each bear their own attorney's fees, expenses, and costs.

3. All other relief requested between Uniloc and Tango is hereby **DENIED AS MOOT**.

**So ORDERED and SIGNED this 10th day of January, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE